PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
USDAC.241-262.NF

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re                                                                    Bk. No. 17-11021

JULIAN D. BIRCH,                                                Chapter 13

      Debtor.
_____/

**REQUEST FOR SPECIAL NOTICE**

    IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Carrington Mortgage Services, LLC, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 1 Oakdale Street, Wareham, Massachusetts 02571 (Loan No. XXXX4485), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

    This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: August 24, 2017        By /s/ Dean R. Prober
                                           DEAN R. PROBER, ESQ., CA BAR # 106207
                                           As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On August 24, 2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Julian D. Birch
1 Oakdale St
Wareham, MA 02571
Debtor

Thomas Benner, Esquire
Benner & Weinkauf, P.C.
33 Samoset Street
Plymouth, MA 02360
Attorney for Debtor

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2017, at Woodland Hills, California.

/s/  Roger Soria